UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS G. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV336MLM |
| | ) |
| GAMACHE & MYERS, P.C., | ) |
| | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED**, **ADJUDGED and DECREED** that Judgment is entered in favor of Defendant Gamache & Myers, P.C., and that Plaintiff Dennis G. Anderson's Complaint is **DISMISSED**, with prejudice. Doc. 1.

/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of December, 2007.